

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 25 2008
JUL 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Victor Johnson, 20050005839 AKA. Erik Kendrick
Steve Green, 20060083027
Archie Brown, 20060068962; "et al."
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV 4224
JUDGE LINDBERG
MAGISTRATE JUDGE VALDEZ

Case
(To be supplied by the Clerk of this Court)

vs.

Tom Dart (Sheriff)
Micheal Sheehan (Ret. Sheriff)
Salvador Godinez (Exec. Director)
Tom Klist (Asst. Exec. Director of Admin.)
Gilberto Romem (Asst. Exec. Director of Security)
Roshanda Caroll (Asst. Exec. Director of Program Service)
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.     Plaintiff(s):

Revised: 7/20/05

A. Name: Victor Johnson AKA Erik Kendrick

B. List all aliases: Robert Upshaw, Erik Smith, Elijah Wilson

C. Prisoner identification number: 200500005839

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart
Title: Sheriff Of Cook County
Place of Employment: Unknown

B. Defendant: Micheal Sheehan
Title: (Retired Sheriff Of Cook County)
Place of Employment: Unknown

C. Defendant: Salvador Godinez
Title: Executive Director
Place of Employment: Unknown

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

A. Name: Steve Green
B. List all aliases: N/A
C. Prisoner identification number: 20060083027
D. Place of present confinement: Cook County Jail
E. Address: P.O. Box #089002

A. Name: Archie Brown
B. List all aliases: N/A
C. Prisoner identification number: 20060068962
D. Place of present confinement: Cook County Jail
E. Address: P.O. Box #089002

D.
Defendant: Tom Klist
Title: Asst. Exec. Director of Admin.
Place of Employment: Unknown

E.
Defendant: Gilberto Romero
Title: Asst. Exec. Director of Security
Place of Employment: Unknown

F.
Defendant: Roshanda Caroll
Title: Asst. Exec. Director of Program Service
Place of Employment: Unknown

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓)   NO ( )

C. If your answer is YES:

1. What steps did you take? I filed (4) grievances concerning the strip search procedures here at the Cook Cook Jail

2. What was the result? I was told that the medical staff was aware of my problem.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I never received a response from the grievances that I filed

D. If your answer is NO, explain why not:

3

Revised: 7/20/06

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take? I complained to nurses, and medical doctors

2. What was the result? Did not receive any results.

H. If your answer is NO, explain why not: I never was given a reason why my grievances has not been answered.

**V.   Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been incarcerated here at the Cook County Jail from January 21, 2005 up until the month of April of 2008; and I am greatly aggrieved that I have been degraded, humiliated and treated in a inhumane fashion which has caused me to be emotionally distraught and paranoid to the point where I am afraid to take showers because I have been constantly harassed with sexual advancements from other men by the homosexuality thats rampant throughout the Cook County Department Of Corrections. Due to these forced (Strip Search) procedures, I continuously am having sleeping problems where I wake up from nightmares in the middle of the night with cold sweats from being (Strip Searched) by the Correctional Officers here at the Cook County Jail, and when I do get the opportunity to sleep, I sleep with my clothes on to the point where my clothes are smelling spoiled and soiled because of the Cook County Department Of Corrections over here in Divison-11, not giving detainee's

(CONTINUE NEXT PAGE)

a frequent clothing change.

I have repeatedly complained to the medical staff by way of medical request slips to seek some form of counseling, inwhich, I was constantly told that the situation was being addressed by the medical staff.

I have grieved this issue numerous of times (4) times to be exact; inwhich, they all were unanswered by the grievance committee.

Also, there are (4) check points from between here at Division 11 to receiving area, and all these check points are equipped with metal detectors that all the detainees walk through before going to court. Strip Searches are unconstitutional, and very degrading.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I humbly request the Honorable Court to issue an order declaring (All) Defendants to pay Punitive Damages (Each) of in the amount of $200,000 and Compensatory Damages (each) of $90,000; to total out at $1,740,000 or whatever the court may feel is fair for my mental and physical suffering

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 30 day of June, 2008

Victor Johnson
(Signature of plaintiff or plaintiffs)

Victor Johnson
(Print name)

#I.D. 2005 000 5839
(I.D. Number)

P.O. Box 089002
Chgo Ill, 60608
(Address)